April 10, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

---

### NO. 15-24-00074-CV

---

JANE NELSON IN HER OFFICIAL CAPACITY AS SECRETARY OF STATE FOR THE STATE OF TEXAS, Appellant

V.

JARRETT WOODWARD, HEATHER COUCHMAN, AMBER CLOY, TOMMIE DICKINSON, TRAVIS EUBANKS, AMANDA EUBANKS, TRACI JONES, LARS KUSLICH, MICHELLE PIQUE, MADELON HIGHSMITH, AND SHARON COTTON, VOTERS OF BEXAR COUNTY, Appellee

---

This cause, an appeal from the judgment in favor of appellee, Jarrett Woodward, Heather Couchman, Amber Cloy, Tommie Dickinson, Travis Eubanks, Amanda Eubanks, Traci Jones, Lars Kuslich, Michelle Pique, Madelon Highsmith, and Sharon Cotton, Voters of Bexar County, signed April 29 & 30, 2025, was heard on the appellate record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDERED**.

We further order that all costs incurred by reason of this appeal be paid by appellee, Jarrett Woodward, Heather Couchman, Amber Cloy, Tommie Dickinson,

Travis Eubanks, Amanda Eubanks, Traci Jones, Lars Kuslich, Michelle Pique, Madelon Highsmith, and Sharon Cotton, Voters of Bexar County.

We further order this decision certified below for observance.

Judgment Rendered April 8, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Chief Justice Brister.